New York and Pennsylvania Company, Respondent, v. Antonio Dezego and Cono Dezego, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. John O'Brien, alias John Ward, Appellant.— Judgment and orders affirmed. No opinion.

William A. Read and Others, Suing in Behalf of Themselves and All Other Stockholders of the Lehigh and New York Railroad Company, Respondents, v. Lehigh and New York Railroad Company, Appellant, Impleaded with Lehigh Valley Railroad Company.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

William A. Read and Others, Suing in Behalf of Themselves and All Other Stockholders of the Lehigh and New York Railroad Company, Respondents, v. Lehigh Valley Railroad Company, Appellant, Impleaded with Lehigh and New York Railroad Company.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

The Trustees of Columbia College in the City of New York, Respondent, v. The New York Elevated Railroad Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Frances Fox, Respondent, v. James D. Lennon, Individually and as Executor, etc., of Alice O'Brien, Deceased, and The Church of St. Monica, Appellants, Impleaded with Michael Conniff and Others.— Judgment affirmed, with costs. No opinion.

Anderena E. Wheelright, Appellant, v. Isidor Straus and Nathan Straus, Doing Business under the Firm Name and Style of R. H. Macy & Company, Respondents.— Order affirmed, with costs. No opinion.

John Winkler, Respondent, v. H. Clausen & Son, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce verdict to $5,500, in which event judgment, as so modified, and order affirmed, without costs. No opinion. Settle order on notice.

James Hackett, Respondent, v. H. Koehler & Company, Appellant.— Order affirmed, with costs. No opinion.

Anna A. Flynn, Respondent, v. New York Taxicab Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Albert G. Schuss, an Infant, by Samuel R. Schuss, His Guardian ad Litem, Appellant, v. Magdalena D. Bruggemann, Respondent.— Judgment affirmed, with costs. No opinion.

In the Matter of the Application of William H. Hotchkiss, as Superintendent of Insurance of the State of New York, Respondent, to Take Possession of the Property and Conduct the Business of the Garfield Assurance Fire Lloyds, an Unincorporated Association of Individual Underwriters, Known as Lloyds, Composed of H. A. Fingerhut and Others, and L. B. Koch and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Regina Paolicchi, Respondent, v. Torquato Paolicchi, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.